UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br>BILL SUNGA MODINA,<br><br>Defendant. | Case No. 2:14-cv-00474-JAD-PAL<br><br>ORDER<br><br>(Mtn for Govt Atty Appearance – Dkt. #7) |

This matter is before the court on the United States of America's Motion to Admit Government Attorney to Practice in the District of Nevada for the Duration of Attorney's Government Employment (Dkt. #7) filed December 4, 2014. The court has considered the Motion.

The government seeks an order, pursuant to LR IA 10-3, permitting attorney Rika Valdman to practice before this court on behalf of the government in this case and for the duration of attorney her employment with the United States. The Motion represents that Ms. Valdman is an attorney with the United States Department of Justice, Tax Division, an agency of the federal government, and a member in good standing of New York State Bar. LR IA 10-3 provides that any non-resident attorney who is a member in good standing of the highest court of any state, commonweath, territory, or the District of Columbia, who is employed by the United States as an attorney shall, upon motion, be permitted to practice in this court on behalf of the government. *See* LR IA 10-3. Thus, good cause exists to allow Ms. Valdman to appear before the court in this case. The court will, however, require her to file applications to appear in each case in which she seeks to appear.

Having reviewed and considered the matter,

///

1 **IT IS ORDERED** that the Motion to Permit Appearance (Dkt. #7) is GRANTED to the
2 extent that attorney Rika Valdman may appear in this action on behalf of the United States. It is
3 DENIED in all other respects.

4 DATED this 22nd day of December 2014.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE