AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

United States of America

Plaintiff,

V.

Bill Sunga Modina

Defendant.

**DEFAULT JUDGMENT IN A CIVIL CASE**

Case Number: 2:14-cv-00474-JAD-PAL

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that Default Judgment is entered in favor of Plaintiff United States of America and against Defendant Bill Sunga Modina.

A permanent injunction is entered against Defendant Bill Sunga Modina and all those in active concert or participation with him per Order #15 entered on 4/24/2015.

April 24, 2015  
Date

/s/ Lance S. Wilson  
Clerk

/s/ Shelly Denson  
(By) Deputy Clerk