CAROLINE D. CIRAOLO
Acting Assistant Attorney General

RIKA VALDMAN
KARI M. LARSON
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: 202-514-6056
Facsimile: 202-307-0054
Email: rika.valdman@usdoj.gov
kari.m.larson@usdoj.gov

*Of Counsel:*
DANIEL BOGDEN
United States Attorney
*Counsel for the United States*

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-cv-00474-JAD-PAL |
| Plaintiff, | |
| v. | **AMENDED ORDER GRANTING THE UNITED STATES' SECOND MOTION TO CONTINUE HEARING TO SHOW CAUSE WHY CONTEMPT SHOULD NOT BE ENTERED AGAINST DEFENDANT BILL SUNGA MODINA** |
| BILL SUNGA MODINA, d/b/a 5M Financial, and 6M Financial | |
| Defendant. | |

Upon consideration of the United States' second motion to continue hearing to show cause why contempt should not be entered against defendant Bill Sunga Modina,

IT IS HEREBY ORDERED that:

1. The United States' second motion to continue hearing to show cause why contempt should not be entered against defendant Bill Sunga Modina, is GRANTED;

1

2. Defendant Bill Sunga Modina appear before the undersigned on January 25, 2016, at 11:00 a.m. in Courtroom 6D of the United States District Court for the District of Nevada at the Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard South, Las Vegas, Nevada, to show cause why he should not be held in contempt for violating the Court's Injunction Order dated April 23, 2015 (Dkt. No. 15).

IT IS FURTHER ORDERED that:

3. If defendant Bill Sunga Modina has any defense to present or opposition to the United States' motion, such defense or opposition shall be made in writing and filed with the Clerk and copies served on counsel for the United States, at least fourteen (14) days prior to the date set for the show cause hearing. The United States may file a reply memorandum to any opposition at least five (5) days prior to the date set for the show cause hearing.

4. At the show cause hearing, the Court will consider only those issues brought into controversy by the responsive pleadings. Any uncontested allegation in the United States' motion and supporting documents will be considered admitted.

SO ORDERED, this 28th day of September, 2015.

_____
JUDGE JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE