1    CAROLINE D. CIRAOLO
     Principal Deputy Assistant Attorney General
2
     RIKA VALDMAN
3    KARI M. LARSON
     Trial Attorneys, Tax Division
4    U.S. Department of Justice
     P.O. Box 683
5    Ben Franklin Station
     Washington, D.C. 20044-0683
6    Telephone: 202-514-6056
     Facsimile: 202-307-0054
7    Email: rika.valdman@usdoj.gov
     kari.m.larson@usdoj.gov
8
     *Of Counsel:*
9    DANIEL BOGDEN
     United States Attorney
10   *Counsel for the United States*

11              IN THE UNITED STATES DISTRICT COURT FOR THE
                        DISTRICT OF NEVADA
12

13

14   UNITED STATES OF AMERICA,          )
                                        )    Case No. 2:14-cv-00474-JAD-PAL
15              Plaintiff,              )
                                        )    **[PROPOSED] ORDER GRANTING**
16        v.                            )    **Dkt. No. 30, THE UNITED STATES'**
                                        )    **MOTION FOR ENFORCEMENT OF**
17   BILL SUNGA MODINA, d/b/a 5M Financial, )  **COERCIVE DAILY FINE**
     and 6M Financial                   )    **PURSUANT TO THE COURT'S**
18                                       )    **FEBRUARY 3, 2016, ORDER (Dkt. No.**
                Defendant.              )    **27)**
19   _____)

20        Before the Court is the United States' motion for enforcement of coercive daily fine

21   pursuant to the Court's February 3, 2016, Order (Dkt. No. 27).  IT IS HEREBY ORDERED that:

22        1.  The United States' Motion or enforcement of coercive daily fine pursuant to the

23            Court's February 3, 2016, Order (Dkt. No. 27) is GRANTED;

                                          1

2. Defendant Bill Sunga Modina is ordered to pay a coercive fine of $1,800 to the Court's registry by August 19, 2016.

SO ORDERED, this 20th day of July, 2016.

_____
JUDGE JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE