**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| United States of America,<br><br>     Plaintiff(s),<br><br>vs.<br><br><br>Bill Sunga Modina, d/b/a 5M Financial and 6M Financial,<br><br>     Defendant(s). | 2:14-cv-00474-JAD-MDC<br><br><br>**Order granting motion to compel (ECF No. 38)** |

The Court has reviewed plaintiff United States of America's *motion to compel discovery*. ECF No. 38.  The Court grants the motion on the merits.  The Court also grants the motion because plaintiff did not oppose the motion.  Per LR 7-3(d), '[t]he failure of a moving party to file points and authorities in support of the motion constitutes a consent to the denial of the motion." *Id.*

**IT IS ORDERED** that:

1. Plaintiff United States of America's motion to compel discovery (ECF No. 38) is GRANTED.
2. Defendant Bill Sunga Modina, d/b/a 5M Financial and 6M Financial has until **Friday, March 15, 2024** to answer the plaintiff's discovery requests.

**<u>NOTICE</u>**

Pursuant to Local Rules IB 3-1 and IB 3-2, a party may object to orders and reports and recommendations issued by the magistrate judge. Objections must be in writing and filed with the Clerk of the Court within fourteen days. LR IB 3-1, 3-2. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985). This circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the

right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Pursuant to LR IA 3-1, plaintiffs must immediately file written notification with the court of any change of address. The notification must include proof of service upon each opposing party's attorney, or upon the opposing party if the party is unrepresented by counsel. **Failure to comply with this rule may result in dismissal of the action.**

Dated this 23rd day of February 2024.

_____
Maximiliano D. Couvillier III
United States Magistrate Judge